IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAINLINE INFORMATION SYSTEMS INC.,

    Plaintiff,

vs.                                                                        CASE NO.:4:11-cv-137-SPM/WCS

JIMMY D. FORDHAM,

    Defendant.

_____/

### ORDER DENYING MOTION FOR LEAVE TO FILE REPLY

THIS CAUSE comes before the Court on Defendant's Motion for Leave to File a Reply (doc. 13) to the Plaintiff's Response in Opposition (doc. 12) to the Defendant's Motion to Dismiss for Lack of Jurisdiction (doc. 10). The Defendant's Motion for Leave was filed without a statement certifying that counsel had conferred with opposing counsel as required by Local Rule 7.1(B). After the Court denied the Motion to Dismiss (doc. 14), the conference statement was filed (doc. 15). Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's Motion for Leave to File Reply (doc. 13) is ***denied as moot***.

DONE AND ORDERED this <u>second</u> day of June, 2011.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Chief United States District Judge