# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAINLINE INFORMATION SYSTEMS, INC.,**

    **Plaintiff,**

**vs.**                     **CASE NO. 4:11cv137/RS-WCS**

**JIMMY D. FORDHAM,**

    **Defendant.**

_____/

## ORDER

Defendant shall respond to Plaintiff's motion for preliminary injunction (Doc. 5) not later than June 17, 2011.

**ORDERED** on June 7, 2011.

                                       **/s/ Richard Smoak**
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**