# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


MAINLINE INFORMATION SYSTEMS,
INC.,

       Plaintiff,

vs.                                  CASE NO. 4:11cv137/RS-WCS

JIMMY D. FORDHAM,

       Defendant.
_____/

## ORDER

The relief requested by Defendant's Motion For Leave To File Reply Brief

(Doc. 25) is **granted**.


**ORDERED** on June 24, 2011.


                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**